FILED
December 15, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:16-CR-00134-KJM-3 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| ARIANA DIAZ, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ARIANA DIAZ, Case No. 2:16-CR-00134-KJM-3, Charge 18 USC § 371, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

 ___   Release on Personal Recognizance

 ✔   Bail Posted in the Sum of $ 50,000 (co-signed)

   ✔   Unsecured Appearance Bond

   ___   Appearance Bond with 10% Deposit

   ___   Appearance Bond with Surety

   ___   Corporate Surety Bail Bond

   ✔   (Other)   USM to release defendant on 12/16/16 at 9:00 a.m., to the custody of PTS, and with pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on December 15, 2016 at 2:30 pm.

By /s/ Deborah Barnes
Deborah Barnes
United States Magistrate Judge