```
                        FILED
                      April 7, 2017
                    CLERK, US DISTRICT COURT
                    EASTERN DISTRICT OF
                        CALIFORNIA
                       DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>v.                                 )<br>                                   )<br>ARIANA DIAZ,                       )<br>                                   )<br>            Defendant.             ) | Case No. 2:16-CR-00134-KJM-3<br><br>AMENDED<br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __ARIANA DIAZ__, Case No. __2:16-CR-00134-KJM-3__, Charge __Title 18 USC § 371__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __X__    Release on Personal Recognizance

    ___    Bail Posted in the Sum of $___

           ___    Unsecured Appearance Bond

           ___    Appearance Bond with 10% Deposit

           ___    Appearance Bond with Surety

           ___    Corporate Surety Bail Bond

    ✔    (Other)    <u>With pretrial supervision and conditions of release as amended on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __April 7, 2017__ at __11:15__ am.

By __/s/ Deborah Barnes__
Deborah Barnes
United States Magistrate Judge