1  Dustin D. Johnson (SBN: 234008)
   The Law Offices of Dustin D. Johnson
2  2701 Del Paso Road, Suite 130-155
   Sacramento, CA  95835
3  Phone: (877) 377-8070
   Fax: (916) 244-9889
4

5  Attorney for Ariana Diaz

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No.  16-CR-134 KJM

12              Plaintiff,               **STIPULATION AND [~~PROPOSED~~]
                                         ORDER TO MODIFY CONDITIONS OF
13       v.                              PRETRIAL RELEASE**

14  Ariana Diaz,

15              Defendant.

16

17       Defendant Ariana Diaz, by and through her counsel, Dustin D. Johnson, and Assistant

18  United States Attorney Amanda Beck hereby agree to modify the terms of Ms. Diaz's pretrial

19  release conditions by deleting condition number 8, the drug testing condition. The parties also

20  agree to a temporary extension of Ms. Diaz's curfew on Thanksgiving.

21       Ariana Diaz has been under supervision since December 2016. She has been subject to

22  random drug testing (twice a month). Ms. Diaz has never tested positive for any illegal

23  substances. Pretrial Services is recommending her drug testing condition be terminated/removed.

24       In order to permit, Ms. Diaz to spend Thanksgiving with family. The parties also stipulate

25  to a temporary extension of Ms. Diaz's curfew on Thanksgiving, November 23, 2017, to 10pm.

26  She is required to spend that additional time at her aunt's home, the address of which has been

27  provided to Pretrial Services.

28       All of the other conditions of her supervised release shall remain in effect.

1    Supervising Pretrial Services Officer Darryl Walker has no opposition.

2

3    Dated: November 20, 2017                          Respectfully submitted,

4                                                      /s/ Dustin D. Johnson
                                                       Dustin D. Johnson
5                                                      Counsel for Ariana Diaz

6    Dated:  November 20, 2017                         PHILLIP TALBERT
                                                       United States Attorney
7
                                                       /s/ Amanda Beck (approved via email)
8                                                      Amanda Beck
                                                       Assistant U.S. Attorney
9

10

11   SO ORDERED:

12   Dated: November 21, 2017

13                                                     ALLISON CLAIRE
                                                       UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28