Dustin D. Johnson (SBN: 234008)
The Law Offices of Dustin D. Johnson
2701 Del Paso Road, Suite 130-155
Sacramento, CA 95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for Ariana Diaz

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-CR-134 KJM |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| Ariana Diaz, | |
| Defendant. | |

Defendant Ariana Diaz, by and through her counsel, Dustin D. Johnson, and Assistant United States Attorney Amanda Beck hereby agree to a temporary extension of Ms. Diaz's curfew on July 25, 2018 to 12:00 am (Tusday evening/Wednesday morning). And temporarily permit Ms. Diaz to travel to and from the Northern District during that time period.

Ms. Diaz' grandmother will be coming to California to visit from the east coast. Ms. Diaz would like to go with her mother to SFO, which is in the Northern District of California, to pick her mother up from the airport. Her grandmother's flight is scheduled to arrive at SFO at 9:00 pm. Ms. Diaz' grandmother's itinerary has been shared with the pretrial services officer and the AUSA.

All of the other conditions of her supervised release shall remain in effect.

Supervising Pretrial Services Officer Darryl Walker has no opposition.

///

| | | |
|---|---|---|
| Dated: July 23, 2018 | | Respectfully submitted, |
| | | /s/ Dustin D. Johnson |
| | | Dustin D. Johnson |
| | | Counsel for Ariana Diaz |
| Dated: July 23, 2018 | | McGregor W. Scot |
| | | United States Attorney |
| | | /s/ Amanda Beck (approved via email) |
| | | Amanda Beck |
| | | Assistant U.S. Attorney |

SO ORDERED:
Dated: July 23, 2018

Allison Claire
United States Magistrate Judge