Dustin D. Johnson (SBN: 234008)
Two Rivers Law, P.C.
2701 Del Paso Road, Suite 130-155
Sacramento, CA 95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for Ariana Diaz

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 16-CR-134 KJM |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| ARIANA DIAZ, | |
| Defendant. | |

Defendant Ariana Diaz, by and through her counsel, Dustin D. Johnson, and Assistant United States Attorney Amanda Beck hereby agree to a temporary extension of Ms. Diaz's curfew on August 23, 2018 to 10:00 pm.

Ms. Diaz will be getting married in the morning on August 23, 2018. She will have a wedding dinner for family and friends that evening at a local restaurant from 8:00 pm to 10:00 pm. She will return home by 10:00pm. The details for the restaurant have been provided to the pretrial services officer and the AUSA.

All of the other conditions of her pretrial release shall remain in effect.

Supervising Pretrial Services Officer Darryl Walker has no opposition.

///

///

Dated: August 23, 2018	Respectfully submitted,

/s/ Dustin D. Johnson
Dustin D. Johnson
Counsel for Ariana Diaz

Dated:  August 23, 2018	McGregor W. Scot
United States Attorney

/s/ Amanda Beck (approved via email)
Amanda Beck
Assistant U.S. Attorney

SO ORDERED.

DATED:  August 23, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE